**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:23-cv-01717-WWB-RMN

PATRICIA A. ECCLESTON,
An Individual,

     Plaintiff,
v.

INDICAR OF DAYTONA, INC.,
d/b/a DAYTONA KIA,
A Florida Corporation

     Defendant.
_____/

**NOTICE OF FILING**
**SUMMONS RETURNED EXECUTED**

Notice is hereby given that Defendant, Indicar of Daytona, Inc., d/b/a Daytona Kia, was served with the Summons, Complaint, and Exhibit "A" to the Complaint on September 13, 2023. Proof of service is attached hereto as Exhibit "A."

Dated: September 14, 2023

                                      /s/ Sarah Cibula Feller
                                      Darren R. Newhart, Esq.
                                      FL Bar No.: 0115546
                                      Sarah Cibula Feller, Esq.
                                      FL Bar No.: 1027809
                                      E-mail: darren@newhartlegal.com
                                                  sarah@newhartlegal.com
                                      NEWHART LEGAL, P.A.
                                      14611 Southern Blvd., Suite 1351
                                      Loxahatchee, FL 33470
                                      Tel: (561) 331-1806 / Fax: (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Sarah Cibula Feller
SARAH CIBULA FELLER, ESQ.
FL Bar No.: 1027809