# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:23-CV-1717-WWB-RMN

Plaintiff: **PATRICIA A. ECCLESTON**
vs.
Defendant: **INDICAR OF DAYTONA, INC. D/B/A DAYTONA KIA**


IES2023002055

For:
SARAH CIBULA FELLER, ESQ
14611 SOUTHERN BLVD.
STE 1351
LOXAHATCHEE, FL 33470

Received by AED Investigations on the 12th day of September, 2023 at 7:59 am to be served on **INDICOM, INC. AS REGISTERED AGENT OF INDICAR OF DAYTONA, INC. D/B/A DAYTONA KIA, 911 N. DIXIE FREEWAY, NEW SMYRNA BEACH, FL 32168**

I, Kevin Whitton, do hereby affirm that on the **13th day of September, 2023** at **10:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **TOM PELCHEN** as **EMPLOYEE FOR REGISTERED AGENT INDICOM, INC** for **INDICOM, INC.**, at the address of: **911 N. DIXIE FREEWAY, NEW SMYRNA BEACH, FL 32168**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/13/2023 10:10 am  Attempted service at 911 N. DIXIE FREEWAY, NEW SMYRNA BEACH, FL 32168  SERVER SPOKE WITH TOM PELCHEN WHO STATED HE IS AUTHORIZED TO ACCEPT SERVICE FOR REGISTERED AGENT INDICOM, INC.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 230, Hair: Dark Brown, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S. 92.525(2)

**Kevin Whitton**
APPOINTED

AED Investigations
P.O. Box 4132
Hallandale, FL 33008
(305) 495-1838

Our Job Serial Number: IES-2023002055

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

| | |
|---|---|
| DELIVERED | 09/13/2023 10:40 AM |
| SERVER | KW |
| LICENSE | APPOINTED |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Patricia A. Eccleston )
)
)
)
)
_____Plaintiff(s)_____ )
v. ) Civil Action No. 6:23-cv-1717-WWB-RMN
)
Indicar of Daytona, Inc., d/b/a Daytona Kia )
)
)
)
)
_____Defendant(s)_____ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Indicom, Inc., as Registered Agent of Indicar of Daytona, Inc., d/b/a Daytona Kia
911 N. Dixie Freeway
New Smyrna Beach, FL 32168

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 11, 2023

Gabriella Lobaina

*Signature of Clerk or Deputy Clerk*