UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. ECCELSTON,

    Plaintiff,

vs.                                                      Case No. 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC.
d/b/a Daytona Kia

    Defendant.
_____/

## DEFENDANT'S AGREED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Indicar of Daytona, Inc. d/b/a Daytona Kia ("Defendant") hereby files this Agreed Motion for an Extension of Time to respond to Plaintiff's Complaint and Demand for Jury Trial (Doc. No. 1) and states as follows:

Defendant was served in this matter on about September 12, 2023 and a response is due on about October 3, 2023.

As a result of counsel for Defendants just being retained and its unfamiliarity with the history and background of this matter and current trial schedule, Defendant seeks an extension to respond to the Complaint through and including October 13, 2023 with all rights reserved (including but not limited to any rights to file a Motion to Dismiss or Motions to Compel Mediation and/or Arbitration, or Motion to Strike Jury Trial Demand).

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), this request is made in good faith, for cause, and is not being made to hinder or delay this action. No prior extensions have been requested.

1

**Good Faith Certificate**

In accordance with Local Rule of Civil Procedure 3.01(g), the undersigned counsel contacted counsel for the Plaintiff on October 2, 2023 and counsel for Plaintiff has agreed to the relief requested herein.

**WHEREFORE**, Defendants seek an order granting them an extension of time to respond to the Complaint to and through October 13, 2023 with all rights reserved, and for such other relief as the Court believes is just and proper.

Respectfully submitted on October 2, 2023, by attorneys for Defendant,

> Fassett, Anthony & Taylor, P.A.
> 1325 W. Colonial Drive
> Orlando, FL. 32804
> Tel: 407-872-0200
>
> /s/ *Phil A. D'Aniello*
> Phil A. D'Aniello, Esq.
> Fla. Bar No. 0115525
> Cell:  407-489-5766
> E-Mail: pdaniello@fassettlaw.com
> Secondary: tsadaka@fassettlaw.com

**Certificate of Service**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of the electronic filing to the parties on the Service List below and forwarded a copy via e-mail to such parties on **October 2, 2023**.

> /s/ *Phil A. D'Aniello*
> Phil A. D'Aniello, Esq.

Service List:
Joshua Feygin, Esq.
Sarah Cibula Feller, Esq.
Derren R. Newhart, Esq.
josh@sueyourdealer.com
Sarah@newhartlegal.com
Darren@newhartlegal.com