UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. ECCLESTON,
An Individual,

    Plaintiff,

vs.                                    Case No: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC. dba
Daytona Kia, a Florida corporation,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT[1]**

Defendant Indicar Of Daytona, Inc. hereby discloses the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A.    Patricia A. Eccelston, Plaintiff

    B.    Sue Your Dealer – A Law Firm (Attorneys for Plaintiff)
           Joshua Feygin
           1930 Harrison Street, Suite 208 F
           Hollywood, Florida 33020

---

[1] This document is filed in compliance with applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders and shall not be deemed a waiver of Defendant's right to mandatory mediation and arbitration, which right is hereby preserved in accordance with Defendant's Motion to Stay and/or Dismiss the Complaint and Compel Mediation and Arbitration and Motion for Protective Order or to Stay Discovery (Doc. ___).

      Darren R. Newhart, Esq.
      Sara Cibula Feller, Esq.
      Newhart Legal, PA
      14611 Southern Blvd. Suite 1351
      Loxahatchee, Florida 33470

C.    Indicar of Daytona, Inc. (Defendant)

D.    Fassett, Anthony & Taylor, P.A., (Attorneys for Defendant)
      Phil A. D'Aniello, Esq.
      1325 West Colonial Drive
      Orlando, FL 32804

2.    The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **None**

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **None**

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      **None**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated October 18, 2023, by

      Fassett, Anthony & Taylor, P.A.
      1325 W. Colonial Drive

        Orlando, FL. 32804
        Tel: 407-872-0200
        Fax: 407-422-8170

        /s/ Phil A. D'Aniello
        Phil A. D'Aniello, Esq.
        Trial Counsel
        Fla. Bar No. 0115525
        E-Mail: pdaniello@fassettlaw.com
        Secondary: tsadaka@fassettlaw.com

## Certificate of Service

I HEREBY CERTIFY that I electronically filed a copy of the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of the electronic filing to the parties on the Service List below and forwarded a copy via e-mail to such parties on October 18, 2023.

        /s/ Phil A. D'Aniello
        Phil A. D'Aniello, Esq.

Service List:

Joshua Feygin, Esq.
Darren R. Newhart, Esq.
Sarah Cibula Feller, Esq.
josh@sueyourlender.com
josh@jfeyginesq.com
jfeygin@recap.email.com
legalassistant@jfeyginesq.com
darren@newhartlegal.com
sarah@newhartlegal.com
beata@newhartlegal.com