UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. ECCLESTON,
An Individual,

    Plaintiff,

vs.                              Case No: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC. dba
Daytona Kia, a Florida corporation,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS[1]

In accordance with Local Rule 1.04(d), I certify that this instant action:

___    IS    related to <u>pending</u> civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**XX**  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than 14 days after appearance of the party.

Dated October 18, 2023, by

                                              Fassett, Anthony & Taylor, P.A.
                                              1325 W. Colonial Drive
                                              Orlando, FL. 32804
                                              Tel: 407-872-0200/Fax: 407-422-8170

                                              <u>/s/ Phil A. D'Aniello</u>
                                              Phil A. D'Aniello, Esq.

---

[1] This document is filed in compliance with applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders and shall not be deemed a waiver of Defendant's right to mandatory mediation and arbitration, which right is hereby preserved in accordance with Defendant's Motion to Stay and/or Dismiss the Complaint and Compel Mediation and Arbitration and Motion for Protective Order or to Stay Discovery (Doc. 9).

                                              Trial Counsel
                                              Fla. Bar No. 0115525
                                              E-Mail: pdaniello@fassettlaw.com
                                              Secondary: tsadaka@fassettlaw.com

## **Certificate of Service**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of the electronic filing to the parties on the Service List below and forwarded a copy via e-mail to such parties on October 18, 2023.

                                              /s/ *Phil A. D'Aniello*
                                              Phil A. D'Aniello, Esq.

Service List:

Joshua Feygin, Esq.
Darren R. Newhart, Esq.
Sarah Cibula Feller, Esq.
josh@sueyourlender.com
josh@jfeyginesq.com
jfeygin@recap.email.com
legalassistant@jfeyginesq.com
darren@newhartlegal.com
sarah@newhartlegal.com
beata@newhartlegal.com