UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. ECCLESTON,
An Individual,

    Plaintiff,
vs.                                    Case No: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC. dba
Daytona Kia, a Florida corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL[1]

To:    Clerk of Court and All Parties of Record

The undersigned, Phil A. D'Aniello, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Indicar of Daytona, Inc. This appearance does not waive the right to object jurisdiction or effectiveness of service.

Dated October 18, 2023, by

                Fassett, Anthony & Taylor, P.A.
                1325 W. Colonial Drive
                Orlando, FL. 32804
                Tel: 407-872-0200/Fax: 407-422-8170

                /s/ Phil A. D'Aniello
                Phil A. D'Aniello, Esq.
                Trial Counsel
                Fla. Bar No. 0115525
                E-Mail: pdaniello@fassettlaw.com
                Secondary: tsadaka@fassettlaw.com

---

[1] This document is filed in compliance with applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders and shall not be deemed a waiver of Defendant's right to mandatory mediation and arbitration, which right is hereby preserved in accordance with Defendant's Motion to Stay and/or Dismiss the Complaint and Compel Mediation and Arbitration and Motion for Protective Order or to Stay Discovery (Doc. 9).

**Certificate of Service**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of the electronic filing to the parties on the Service List below and forwarded a copy via e-mail to such parties on October 18, 2023.

/s/ *Phil A. D'Aniello*
Phil A. D'Aniello, Esq.

Service List:

Joshua Feygin, Esq.
Darren R. Newhart, Esq.
Sarah Cibula Feller, Esq.
josh@sueyourlender.com
josh@jfeyginesq.com
jfeygin@recap.email.com
legalassistant@jfeyginesq.com
darren@newhartlegal.com
sarah@newhartlegal.com
beata@newhartlegal.com