UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ECCLESTON,

    Plaintiff,

v.                                       Case No.: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Stay or Dismiss and Compel Mediation and Arbitration (Doc. 9). United States Magistrate Judge Robert M. Norway issued a Report and Recommendation (Doc. 15), in which he recommends that the Motion be granted in part and the case be stayed pending arbitration of Plaintiff's claims.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Stay or Dismiss and Compel Mediation and Arbitration (Doc. 9) is **GRANTED in part** as set forth herein and **DENIED** in all other respects.

3. The parties shall submit all claims to binding arbitration in accordance with the Vehicle Buyer's Order.

4. This case is **STAYED** pending arbitration. On or before **October 7, 2024**, and every 180 days thereafter, Defendant shall file a report as to the status of the arbitration proceeding. Additionally, Defendant shall notify this Court within ten days of the final resolution of the arbitration proceeding or other resolution of this dispute.

5. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record