UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-01717

PATRICIA A. ECCLESTON,
An Individual,

    Plaintiff,
v.

INDICAR OF DAYTONA, INC.,
d/b/a DAYTONA KIA,
A Florida corporation,

    Defendant.
_____/

**AGREED ORDER CONFIRMING ARBITRATION AWARD**

THIS MATTER came before the Court on Plaintiff's Agreed Motion to Confirm Arbitration Award (Doc 17) ("Motion") and the Court having reviewed the Motion, the record, and the applicable law, does hereby, ORDER and ADJUDGE,

1. The April 10, 2024 Order granting a stay of this matter (Doc 16) is hereby lifted and the Motion is **GRANTED**.

2. The July 19, 2024 Final Award (Doc 17-4) entered in the American Arbitration Association Case No. 01-23-0004-9422 (the "Award") is hereby **CONFIRMED**.

3. Upon the consent of the parties, Final Judgment shall be entered in favor of Plaintiff PATRICIA A. ECCLESTON and against Defendant INDICAR OF DAYTONA, INC., d/b/a DAYTONA KIA for actual and statutory damages in the amount of $3,048.45, plus attorney's fees and costs in the amount of $25,127.00 (for a total amount of $28,175.45), plus post-judgment interest ("Judgment").

4. Upon the payment of the Judgment by or on behalf of Defendant, Plaintiff shall file

and serve a Satisfaction of Judgment.

     5.     The Court retains jurisdiction to enforce the Judgment.

     **DONE AND ORDERED** in Chambers at Orlando, Florida, on _____.

     _____

     **UNITED STATES DISTRICT JUDGE**

Cc: All parties of record