# EXHIBIT B



Northeast Case Management Center
Neil Currie
Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

December 18, 2023

Joshua Feygin, Esq.
Sue Your Dealer - A Law Firm
1930 Harrison Street
Suite 208F
Hollywood, FL 33020
Via Email to: josh@sueyourdealer.com

Phil D'Aniello, Esq.
Fassett, Anthony & Taylor, P.A.
1325 West Colonial Drive
Orlando, FL 32804
Via Email to: pdaniello@fassettlaw.com

Case Number: 01-23-0004-9422

Patricia A. Eccleston
-vs-
Indicar of Daytona, Inc.

Dear Parties:

Per the applicable Consumer Arbitration Rules, the American Arbitration Association (AAA) has made an administrative appointment of Christina Magee to serve as arbitrator. Enclosed please find the Notice of Appointment and General Arbitrator Oath Form, the Notice of Compensation Arrangements for consumer cases as well as the arbitrator's resume.

Please advise the AAA of any factual objections to the appointment of the arbitrator within five (5) business days of the date of this letter. Copies of the objection are to be provided to all parties. However, the arbitrator shall not be copied on any correspondence regarding objections to their service.

If any objections are received, the other party will be given an opportunity to respond before the AAA makes a determination, in accordance with the Rules, regarding the arbitrator's continued service.

As requested by the arbitrator, and specified in the Consumer Arbitration Rules, the parties and their representatives must provide information to the AAA of any circumstances likely to raise justifiable doubt as to whether the arbitrator can remain impartial or independent. Further, such obligation to provide disclosure information remains in effect throughout the arbitration.

An arbitrator is appointed; therefore, the Case Management Fee of $1,400 and arbitrator compensation deposit of $2,500 are now due from the business per the Costs of Arbitration provision of the Consumer Arbitration Rules. The business' billing representative will separately receive an invoice. The fee and deposit are due on or before **January 2, 2024**.

Please note we will not schedule a Preliminary Hearing until the payment is received.

A copy of this correspondence has been provided to the arbitrator.

Sincerely,
/s/
Matthew Donovan
Case Administrator
Direct Dial: (401)431-4786
Email: matthewdonovan@adr.org
Fax: (866)644-0234

Supervisor Information: *Kyle Rodriguez, (401)-868-4516, KyleRodriguez@adr.org*

Enclosures

cc:    Kamal Saturne
        Sarah Cibula Feller, Esq.
        Patricia M. Sadaka
        Darren Newhart, Esq.