UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA A. ECCLESTON,
An Individual,

    Plaintiff,
vs.                                                Case No: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC. dba
Daytona Kia, a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S ARBITRATION STATUS REPORT

    Defendant, Indicar of Daytona, Inc. d/b/a Daytona Kia ("Defendant") pursuant to the Order (Doc. No 16) entered April 10, 2024, hereby files this Arbitration Status Report and states as follows:

    On May 21, 2024, the Arbitrator's Ruling on Parties' Cross Motions for Disposition (the "Award") was issued.

    On August 2, 2024 Plaintiff filed a Notice of Final Resolution of Arbitration Proceedings and *Agreed* Motion to Confirm Arbitration Award (Doc. No. 17) and submitted a proposed agreed order.

    Subsequently, Defendant paid the Award in full and discharged any and all obligations to the Plaintiff and this matter can be closed.

    Dated October 4, 2024 by attorneys for Defendant:

Fassett, Anthony & Taylor, P.A.
1325 W. Colonial Drive
Orlando, FL. 32804
Tel: 407-872-0200

/s/ *Phil A. D'Aniello*
Phil A. D'Aniello, Esq.
Fla. Bar No. 0115525
E-Mail: pdaniello@fassettlaw.com
Secondary: tsadaka@fassettlaw.com

**Certificate of Service**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Florida by using the CM/ECF system which will send a notice of the electronic filing to the parties on the Service List below and forwarded a copy via e-mail to such parties on October 4, 2024.

/s/ *Phil A. D'Aniello*
Phil A. D'Aniello, Esq.

Service List:

Joshua Feygin, Esq.
Darren R. Newhart, Esq.
Sarah Cibula Feller, Esq.
josh@sueyourlender.com
josh@jfeyginesq.com
jfeygin@recap.email.com
legalassistant@jfeyginesq.com
darren@newhartlegal.com
sarah@newhartlegal.com
beata@newhartlegal.com