UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ECCLESTON,

    Plaintiff,

v.      Case No.: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On August 2, 2024, Plaintiff filed an Agreed Motion to Confirm Arbitration Award. (Doc. 17). Thereafter, Defendant filed an Arbitration Status Report (Doc. 18). Therein, Defendant states that it "paid the Award in full and discharged any and all obligations to the Plaintiff." (*Id.* at 1). Accordingly, it appears that the relief request by Plaintiff is now moot. *See Stafford v. Int'l Bus. Machines Corp.*, 78 F.4th 62, 68–69 (2d Cir. 2023).

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **November 26, 2024**, why Plaintiff's Motion should not be denied as moot and this case be closed.

**DONE AND ORDERED** in Orlando, Florida on November 20, 2024.

1

*(signature)*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record