**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA ECCLESTON,

        Plaintiff,

v.                                                                    Case No.: 6:23-cv-1717-WWB-RMN

INDICAR OF DAYTONA, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon periodic review.  On November 20, 2024, the Court ordered Plaintiff to show cause why the Agreed Motion to Confirm Arbitration Award (Doc. 17) should be denied as moot and this case closed.  (Doc. 19 at 1).  Plaintiff did not respond or show good cause and the time to do so has now passed.

Therefore, it is **ORDERED** and **ADJUDGED** that the Agreed Motion to Confirm Arbitration Award (Doc. 17) is **DENIED as moot** and this case is **DISMISSED without prejudice**.  *See Betty K Agencies, Ltd. V. M/V Monada*, 432 F.3d 133, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket).  The Clerk is directed to lift the stay and administrative closure of this case and close this case.

**DONE AND ORDERED** in Orlando, Florida on December 5, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record